ADAM C. BROWN (SBN 161951)
JANET K. HAINES (SBN 242374)
**BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone:      (916) 859-4910
Facsimile:      (916) 859-4911

Attorneys for Plaintiff
Deep Marine Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEEP MARINE TECHNOLOGY, INC., a
Texas corporation,

             Plaintiff,

v.

M/V HORIZON EAGLE, her engines,
boilers, in rem, HORIZON LINES, LLC, a
Delaware limited liability company;
HORIZON LINES OF GUAM, LLC, a
Delaware limited liability company; TRIPLE
B FORWARDERS, INC., a California
corporation; PORT AUTHORITY OF
GUAM, a foreign entity; HL EAGLE LLC, a
Delaware limited liability company; PACIFIC
MICRONESIAN LINES c/o TRIPLE B
FORWARDERS, and DOES 1 through 25,
inclusive,

             Defendants.

CASE NO. CV 09-01283 MEJ

~~**[PROPOSED]**~~ **ORDER DISMISSING**
**DEFENDANTS HL EAGLE LLC, AND**
**PACIFIC MICRONESIAN LINES**

Premised upon the Stipulation of the parties who have appeared in this lawsuit,

///

///

///

///

**[Proposed] Order Dismissing Defendants HL Eagle LLC**
**and Pacific Micronesian Lines**
**CV 09-01283 MEJ**

IT IS SO ORDERED that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), the Complaint as to Defendants HL Eagle, LLC and Pacific Micronesian Lines is hereby dismissed with prejudice.

Dated: July 13, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**[Proposed] Order Dismissing Defendants HL Eagle LLC**
**and Pacific Micronesian Lines**
**CV 09-01283 MEJ**