1  ADAM C. BROWN (SBN 161951)
   JANET K. HAINES (SBN 242374)
2  **BROWN & ASSOCIATES**
   **A Professional Law Corporation**
3  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
4  Telephone:   (916) 859-4910
   Facsimile:    (916) 859-4911
5
   Attorneys for Plaintiff
6  Deep Marine Technology, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DEEP MARINE TECHNOLOGY, INC., a  )   CASE NO. CV 09-01283 SC
   Texas corporation,                )
12                                    )   **STIPULATION OF DISMISSAL**
                    Plaintiff,        )   **(Fed R Civ P 41(a)(1))**
13                                    )
   v.                                 )
14                                    )
   M/V HORIZON EAGLE, her engines,   )
15 boilers, in rem, HORIZON LINES, LLC, a )
   Delaware limited liability company; )
16 HORIZON LINES OF GUAM, LLC, a     )
   Delaware limited liability company; TRIPLE )
17 B FORWARDERS, INC., a California  )
   corporation; PORT AUTHORITY OF    )
18 GUAM, a foreign entity; HL EAGLE LLC, a )
   Delaware limited liability company; PACIFIC)
19 MICRONESIAN LINES c/o TRIPLE B    )
   FORWARDERS, and DOES 1 through 25, )
20 inclusive,                         )
                                      )
21                  Defendants.        )
                                      )
22                                    )
                                      )
23 _____ )

24 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25        For the reasons set forth in the Settlement Agreement, Plaintiff Deep Marine Technology,

26 Inc., through its designated counsel, and Defendants Horizon Lines, LLC, Horizon Lines of

27 Guam, LLC and Triple B Forwarders, through their designated counsel, hereby stipulate and

28

agree that the above-captioned action, in its entirety, be dismissed with prejudice pursuant to FRCP 41(a)(1). All sides agree to bear their own costs.

Dated: November 3, 2009     BROWN & ASSOCIATES, PLC

By: /s/ JANET K. HAINES
ADAM C. BROWN
JANET K. HAINES
Attorneys for Plaintiff
Deep Marine Technology, Inc.

Dated: November 3, 2009     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By: /s/ ERIC DANOFF
ERIC DANOFF
Attorneys for Defendant
HORIZON LINES, LLC

Dated: November 3, 2009     FLYNN, DELICH & WISE LLP

By: /s/ JAMES B. NEBEL
JAMES B. NEBEL
Attorneys for Defendant
HORIZON LINES OF GUAM, LLC

Dated: November 3, 2009     SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

By: /s/ CHRISTOPHER C. McNATT, JR.
CHRISTOPHER C. McNATT, JR.
Attorneys for Defendants
TRIPLE B FORWARDERS, INC.

IT IS SO ORDERED
[signature]
U.S. DISTRICT JUDGE